UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware Corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>                Defendant. | CIVIL ACTION 04-12435 NG |

**NOTICE OF DISMISSAL WITH PREJUDICE
WITH REGARD TO DEFENDANT DOE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal with prejudice of the above-captioned matter with regard to defendant Doe, who is associated in the Complaint with the following IP address: 136.167.218.74 2004-10-04 20:14:16.

                INTERSCOPE RECORDS; ARISTA RECORDS LLC; ELEKTRA ENTERTAINMENT INC; SONY BMG MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, INC.; and VIRGIN RECORDS AMERICA, INC.,
                By their attorneys,

                /s/ Jocelyn L. Heyman
                Jocelyn L. Heyman (BBO No. 660240)
                Colin J. Zick (BBO No. 556538)
                Gabriel M. Helmer (BBO No. 652640)
                FOLEY HOAG LLP
                155 Seaport Boulevard
                Boston, MA 02210-2600
                Phone: (617) 832-1000
                Fax:    (617) 832-7000

- 2 -

<u>Of Counsel</u>:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

B3007102.1