**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LONDON-SIRE RECORDS INC., et al.,** )<br>    **Plaintiffs,** )<br>    )<br>    v. )<br>    )<br>**DOES 1-4,** )<br>    **Defendants.** ) | **C.A. No. 04-12434-NG**<br>**LEAD DOCKET NUMBER** |
| INTERSCOPE RECORDS, et al.,  )<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>JOHN DOE, )<br>    Defendant. ) | C.A. No. 04-12435-NG |
| MAVERICK RECORDING COMPANY, et al.,)<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>JOHN DOE, )<br>    Defendant. ) | C.A. No. 04-12436-NG |
| ATLANTIC RECORDING CORP., et al., )<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>DOES 1-5, )<br>    Defendants. ) | C.A. No. 04-12437-NG |
| CAPITOL RECORDS, et al., )<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>JOHN DOE, )<br>    Defendant. ) | C.A. No. 04-12438-NG |

```
_____
LOUD RECORDS, et al.,                  )
     Plaintiffs,                       )
                                       )
     v.                                )   C.A. No. 04-12439-NG
                                       )
DOES 1-5,                              )
     Defendants.                       )
_____)


_____
VIRGIN RECORDS AMERICA, INC.,          )
et al.,                                )
     Plaintiffs,                       )
                                       )
     v.                                )   C.A. No. 05-10158-NG
                                       )
RICHARD L. DUBROCK,                    )
     Defendant.                        )
_____)


_____
MOTOWN RECORD CO., L.P., et al.,       )
     Plaintiffs,                       )
                                       )
     v.                                )   C.A. No. 05-10159-NG
                                       )
DOES 1-2,                              )
     Defendants.                       )
_____)


_____
INTERSCOPE RECORDS, et al.,            )
     Plaintiffs,                       )
                                       )
     v.                                )   C.A. No. 05-10160-NG
                                       )
DOES 1-2,                              )
     Defendants.                       )
_____)


_____
BMG MUSIC, et al.,                     )
     Plaintiffs,                       )
                                       )
     v.                                )   C.A. No. 05-10168-NG
                                       )
DOES 1-2,                              )
     Defendants.                       )
_____)
```

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-2,<br>    Defendants. | C.A. No. 05-10169-NG |
| CAPITOL RECORDS, INC., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-2,<br>    Defendants. | C.A. No. 05-10565-NG |
| VIRGIN RECORDS AMERICA, INC.,<br>et al.,<br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>    Defendant. | C.A. No. 05-10566-NG |
| SONY BMG MUSIC ENTERTAINMENT,<br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>    Defendant. | C.A. No. 05-10567-NG |
| ATLANTIC RECORDING CORP., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-3,<br>    Defendants. | C.A. No. 05-10568-NG |

```
_____
INTERSCOPE RECORDS, et al.,          )
      Plaintiffs,                    )
                                     )
      v.                             )   C.A. No. 05-10569-NG
                                     )
JOHN DOE,                            )
      Defendant.                     )
_____

_____
CAPITOL RECORDS, INC., et al.,       )
      Plaintiffs,                    )
                                     )
      v.                             )   C.A. No. 05-10731-NG
                                     )
DOES 1-11,                           )
      Defendants.                    )
_____

_____
MOTOWN RECORD CO., L.P., et al.,     )
      Plaintiffs,                    )
                                     )
      v.                             )   C.A. No. 05-10732-NG
                                     )
DOES 1-22,                           )
      Defendants.                    )
_____

_____
ATLANTIC RECORDING CORP., et al.,    )
      Plaintiffs,                    )
                                     )
      v.                             )   C.A. No. 05-10733-NG
                                     )
DOES 1-25,                           )
      Defendants.                    )
_____

_____
LONDON-SIRE RECORDS INC., et al.,    )
      Plaintiffs,                    )
                                     )
      v.                             )   C.A. No. 05-10734-NG
                                     )
DOES 1-25,                           )
      Defendants.                    )
_____
```

## ORDER OF CONSOLIDATION
### April 20, 2005

The twenty cases above are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42.  The cases involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.**  Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: April 20, 2005**              **s/ NANCY GERTNER U.S.D.J.**